UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GROSS MORTGAGE CORPORATION, | No. C 12-4335 MEJ |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| SABIR AL-MANSUR, | |
| Defendant. | |

On August 17, 2012, Defendant Sabir Al-Mansur filed a Notice of Removal from Alameda County Superior Court. However, Defendant subsequently filed a "Notice of Voluntary Dismissal." Dkt. No. 6. As there is no authority by which a defendant can dismiss a case without the plaintiff's consent, the Court shall construe Defendant's notice as a request for leave to withdraw the notice of removal. Good cause appearing, the Court GRANTS Defendant's request and REMANDS this case to the Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GROSS MORTGAGE,

        Plaintiff,

  v.

SABIR AL-MANSUR et al,

        Defendant.

Case Number: CV12-04335 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sabir Al-Mansur
2419 Market Street
Oakland, CA 94607

Dated: August 27, 2012

                      Richard W. Wieking, Clerk
                      By: Rose Maher, Deputy Clerk