UNITED STATES  DISTRICT COURT

Northern District of California

GROSS MORTGAGE CORPORATION,                    No. C 12-4335 MEJ

                  Plaintiff,            **ORDER REMANDING CASE**

    v.

SABIR AL-MANSUR,

                 Defendant.

_____/

      On August 17, 2012, Defendant Sabir Al-Mansur filed a Notice of Removal from Alameda County Superior Court.  However, Defendant subsequently filed a "Notice of Voluntary Dismissal." Dkt. No. 6.  As there is no authority by which a defendant can dismiss a case without the plaintiff's consent, the Court shall construe Defendant's notice as a request for leave to withdraw the notice of removal.  Good cause appearing, the Court GRANTS Defendant's request and REMANDS this case to the Alameda County Superior Court.

      **IT IS SO ORDERED.**

Dated: August 27, 2012

                               _____
                               Maria-Elena James
                               Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GROSS MORTGAGE,

        Plaintiff,

  v.

SABIR AL-MANSUR et al,

        Defendant.

_____/

Case Number: CV12-04335 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sabir  Al-Mansur
2419 Market Street
Oakland,  CA 94607

Dated: August 27, 2012

                      Richard W. Wieking, Clerk
                      By: Rose Maher, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

2